IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT CAPRETTO,

    Plaintiff,             No. 2:12-cv-2012 MCE CKD PS

    vs.

BANK OF AMERICA, et al.,

    Defendant.           <u>ORDER</u>

_____/

        Defendant, proceeding pro se, removed the above-entitled action from state court. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

        On August 6, 2012, the magistrate judge filed findings and recommendations herein (ECF No. 4) which were served on defendant and which contained notice to defendant that any objections to the findings and recommendations were to be filed within fourteen days. Defendant has not filed objections to the findings and recommendations.

        The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed August 6, 2012 are ADOPTED IN FULL; and

2. The above-entitled action is summarily REMANDED to the Superior Court of California, County of Solano.

3. The Clerk of the Court is directed to close this case.

Dated: August 30, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE