1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  ROBERT CAPRETTO,

12              Plaintiff,                    No. 2:12-cv-2012 MCE CKD PS

13          vs.

14  BANK OF AMERICA, et al.,

15          Defendant.                        <u>ORDER</u>

16  _____/

17              Defendant, proceeding pro se, removed the above-entitled action from state court.

18  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

19              On August 6, 2012, the magistrate judge filed findings and recommendations

20  herein (ECF No. 4) which were served on defendant and which contained notice to defendant

21  that any objections to the findings and recommendations were to be filed within fourteen days.

22  Defendant has not filed objections to the findings and recommendations.

23              The Court has reviewed the file and finds the findings and recommendations to be

24  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25  ORDERED that:

26  /////

1        1.  The findings and recommendations filed August 6, 2012 are ADOPTED IN

2    FULL; and

3        2.  The above-entitled action is summarily REMANDED to the Superior Court of

4    California, County of Solano.

5

6        3.  The Clerk of the Court is directed to close this case.

7    Dated:  August 30, 2012

8

9        _____
     MORRISON C. ENGLAND, JR.

10   UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26